# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143796

JUDITH BRADLEY-PARSONS, Personal
Representative of the Estate of KYLE
BRADLEY, Deceased,
      Plaintiff-Appellee,

v

                                     SC: 143796
                                     COA: 301530
                                     Wayne CC: 10-009517-NH

CHARLES VANDERROEST, D.O.,
FARMINGTON EMERGENCY MEDICINE
ASSOCIATES, P.C. and BOTSFORD
GENERAL HOSPITAL,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the August 19, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

Clerk

d0123